# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual, | ) ) ) |
| Plaintiff, | ) ) Case No.: 3:24-cv-00060 |
| v. | ) ) |
| KRCX WRI MANAGEMENT CO., LLC, a Delaware Limited Liability Company, | ) ) ) |
| Defendant. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LAWRENCE SCOTT, and Defendant, KRCX WRI MANAGEMENT CO., LLC, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss this matter with prejudice, with the parties to bear their own attorney's fees and cost.

**Dated: August 23, 2024**

Respectfully submitted,

*/s/ Brian T. Ku*
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 362
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Brian@kumussman.com

and

Respectfully submitted,

*/s/ Kyle A. Ferachi*
Kyle A. Ferachi
SDTX No. 1267935
5151 San Felipe, Suite 1380
Houston, TX 77056
Tel: (346) 344-4509
Fax: (346) 229-1544
kferachi@hinshawlaw.com
*Attorney for Defendant*

1

John K. Grubb
Local Counsel
State Bar No. 08553500
2520 Robinhood St., # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August 2024 a true and correct copy of the foregoing was submitted to the Clerk of Court for the Southern District of Texas using the CM/ECF system, which generated a copy to all counsel of record.

By:   */s/ Brian T. Ku*  .
       Brian T. Ku

2