Case 3:24-cv-00060   Document 16   Filed 08/26/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LAWRENCE SCOTT, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:24-cv-60 |
| KRCX WRI MANAGEMENT CO., LLC, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On June 26, 2024, the court ordered that this case be dismissed with prejudice, unless either party informed the court before August 26, 2024, that the settlement could not be completely documented. Dkt. 14.

On August 23, 2024, the parties moved for entry of an order dismissing the case with prejudice. Dkt. 15.

Accordingly, it is hereby **ORDERED** that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are **DISMISSED WITH PREJUDICE** to refiling pursuant to Fed. R. Civ. P. 41(a)(2).

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 26th day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE